

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ADR/DJM | *271 Cadman Plaza East* |
| F. #2021R00699 | *Brooklyn, New York 11201* |

August 6, 2025

<u>By Email</u>

Kevin Keating, Esq.
The Law Offices of Kevin J. Keating
666 Old Country Road #501
Garden City, NY 11530
Email: kevin@kevinkeatinglaw.com

> Re:    United States v. Animashaun Adebo
> <u>Criminal Docket No. 24-239 (PKC)</u>

Dear Mr. Keating:

Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The discovery is provided pursuant to the Protective Order issued by the Court on June 25, 2024 (the "Protective Order").  <u>See</u> ECF No. 19.  The government also requests reciprocal discovery from the defendant.

- A Cellebrite report containing selected materials from the defendant's cellular phone, which was seized pursuant to a judicially authorized search warrant and previously produced in full to the defendant, Bates numbered ADEBO_PHONE_000001.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Andrew D. Reich
Andrew D. Reich
Daniel J. Marcus
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (PKC) (by ECF) (without enclosures)