The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

August 31, 2026

**Via ECF**
Hon. Pamela K. Chen
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

**Re:** ***United States v. Adebo***
**Docket No. 24-CR-239**

Dear Judge Chen:

As Your Honor is aware, I represent Animashaun Adebo, who is scheduled to be sentenced by the Court on September 10, 2026. I respectfully request that the Court consider the contents when imposing sentence.

I write with several purposes. First, I offer a brief overview of Adebo's offense conduct and the Guidelines applicable to his case. In doing so, I join in the position of the Probation Department and the Government that Adebo's role in these events is not deserving of a role enhancement as he was simply an "average participant" in the offense conduct at issue. Next, I provide detail as to Adebo's, otherwise, exemplary life's history, generally characterized by law abiding behavior, hard work and a deep devotion to his family. Finally, I provide detail as to the Adebo's most unusual and enormously difficult present family circumstances involving their [redacted] three year old daughter, Kayla. As detailed in the probation report, and the attached reports from Kayla's care providers, [redacted] which requires virtual round the clock care from Mr. Adebo and his wife. Because of this, I join with the Probation Department in arguing the uncontestable--that these circumstances are warrant strong consideration from the Court. In concluding, because of these facts, I respectfully request the imposition of a sentence consisting of a lengthy period of home incarceration with a continued allowance for Mr. Adebo to leave the residence in connection with the care and treatment of his daughter.[1]

[1] Since his arrest in this matter in June, 2024, Mr. Adebo has been on home incarceration with an allowance that he may leave the residence in connection with his daughter's care. To date, Mr. Adebo has been *fully compliant* with his terms of release.

**<u>Mr. Adebo's Offense Conduct and the Guidelines Applicable to his Case</u>**

Mr. Adebo is 41 years old and this case represents his first contact with law enforcement in his lifetime. As detailed below, his life, otherwise, has consisted of law abiding behavior, hard work, and a devotion to his family.

His offense conduct in this case is largely not in dispute and Adebo has accepted full responsibility for his conduct and for his association with the individuals involved in this matter. In short, for approximately a one-year period commencing in April 2021, Adebo involved himself with a group of individuals who were engaged in various business email compromise schemes, which resulted in monetary losses to several individuals. Adebo's conduct was wrongful, for which he has accepted full responsibility. But, certain facts are worth noting.

First, as reflected in the stipulated Guidelines calculation contained in the Plea Agreement in this case, the parties agree that Adebo is not deserving of a role enhancement as he was neither a manager, leader or organizer of the offense conduct. In fact, the Probation Department agrees with this assessment and has accurately characterized Adebo as an "average participant" in the conduct. (PSR ¶27).

Next, Adebo's principal role in the offense consisted of the laundering of the funds at issue after the commission of the underlying offense conduct. As reflected in the PSR, Adebo was directed to assist in laundering funds from fraudulent transactions which were orchestrated by another. (PSR ¶17). Finally, there is no dispute that Adebo earned for himself only a portion of the total dollar amount at issue in the case. As reflected in the PSR, Adebo and related defendant Ademoroti laundered approximately $2.9 million through certain accounts. (PSR ¶19). Of this amount, Adebo earned a fraction.

Concerning the Guidelines applicable to this case, as noted, the Plea Agreement contains a required defense stipulation to an adjusted Guidelines offense level of 28. While the defense stands by this stipulation, two facts are perhaps worth noting. First, in November, 2026, the Guidelines loss table (§2B1.1) will undergo an inflationary adjustment amendment which will result in an 18 point enhancement for the loss in this case, rather than the 20 point enhancement contained in the Plea Agreement. (Guidelines §2B1.1(b)(1)(k)). Next, were it not for the substantial financial hardship enhancement contained in the Plea Agreement (§2B1.1(b)(2)(a)); PSR, ¶36), by virtue of his lack of any criminal history, Adebo would, otherwise, qualify for a zero-point offender adjustment in this matter.

**Adebo's Life History, Otherwise, Has Been Largely Characterized By Law Abiding Behavior; Hard Work, And A Commitment To His Family**

As noted, Adebo is 41 years old and without any criminal history. As further detailed below, he has been married for nine years to Toyosi Adebo, with whom he has shared an 18 year relationship, and they reside in Streamwood, Illinois with their two children, ten year old Kayden, and their three year old daughter Kayla, [redacted].

Adebo was born and raised in Lagos, Nigeria, under extremely difficult circumstances. He was the youngest of three siblings and his father died when Adebo was two years old resulting in extreme financial hardship for the family, as his mother was unskilled and without employment. As a result, since a young child, Adebo and his siblings had to work to generate income for the family. In fact, as reflected in the PSR, for several years the family was homeless and lived in an encampment under a bridge in Lagos. Eventually, when he was eight years old, his family was invited to move into a two bedroom apartment with the family of Adebo's aunt, where they would reside for the ensuing years.

Adebo was able to attend public high school and graduated without any disciplinary history and with average grades. He thereafter attended public university in Lagos and graduated with an Associate's Degree in 2009. At that time, Adebo and his brother opened Kanimex Concepts, a real estate development and construction company which operated in Lagos until Adebo's arrest in June, 2024.[2]

Adebo met his wife Toyosi in 2009 in Lagos and they have shared a committed relationship since that time. In 2011, Toyosi moved from Lagos to Illinois to spend time with family in the hope of a better future and employment opportunities. A college graduate, Toyosi has been steadily employed since that time doing project management work in the IT field. Presently, she is a full-time employee of Experis Consulting, located in Chicago.

Beginning in 2013, Adebo began regularly traveling to the United States to spend time with Toyosi. Throughout, he continued to operate his construction business. In 2016, Adebo and Toyosi married in a religious ceremony attended by friends and family in Lagos. In 2022, Adebo permanently relocated to the United States and became a conditional permanent resident. Yet, he continued to travel to Lagos spending weeks at a time in the operation of his business. In 2023, Adebo and Toyosi legally married in the United States, and since that time have shared a rented home in Streamwood, Illinois with their two children.

---

[2] The PSR mistakenly notes that "Kanimex held itself out as a construction company." (PSR ¶17). In truth, Kanimex *operated* as a construction company for many years doing residential and commercial renovations in the Lagos community. In fact, the discovery materials in this case include data secured from Adebo's cell phone which contains many communications with Kanimex employees and photographs of various construction projects.

As can be seen, Adebo's life has, indeed, otherwise been characterized by hard work, laudable achievement and a commitment to his family.

Enclosed are several testimonials offered for the Court's consideration (Exhibit A). Adetokunbo Akinpade is married to the sister of Adebo's wife. He describes Adebo as a "genuinely family-oriented man who stands up when it matters most," and provides as an example a time in 2018 when Adebo travelled from Nigeria to the United States at the request of Akinpade, to help care for Akinpade's family.

Aderonke Abdul, is Adebo's sister-in-law, and she writes of her firsthand observation of Adebo as a "remarkably loving and committed father." She notes of her observation of Adebo's active role in his daughter's therapy sessions and assisting in the management of her daily medical care. Like others, she offers her opinion that were Adebo to be separated from his family, it would have a profound impact on his daughter.

Adebo's mother-in-law, Adetoun Abdul, writes that she has known Adebo for nearly 22 years and describes him as a "beloved member of our family and an essential caregiver for both me and his daughter." She describes for the Court personal experiences in which Adebo provided care for her as [redacted] who relies on the assistance of others. She also notes of the profound influence Adebo has on his daughter Kayla, and his need to continue to assist her with her daily care. Noting that she does not "minimize the seriousness of the offense before the Court," she writes that Adebo regrets his conduct and that he is learned from his experience.

Other friends offer their support for Mr. Adebo. Olusola Adesayo is the Senior Pastor of the Christian Fellowship for all Nations Church in Chicago. He writes that he has known Adebo for more than a decade and describes him as a "good man who has made a mistake." He describes the emotional toll the legal proceedings have had on the family over the last two years, and writes of Adebo's continued focus on his family and the needs of his daughter.

Seun Alonge resides in Nigeria and has been a longtime friend of Adebo's who describes him as a "pillar of support" to him when he was going through his own difficult times. He seeks compassion from the Court. Oluseyi Ayangand, a five-year friend of Adebo's writes similarly. He describes Adebo as a "hard working man" who, over the last couple of years, has provided "unconditional love and support to his daughter." And, Ifido Yaskhia, a friend of Adebo's for more than 20 years describes him as a "hard working. . . family centered man."

Finally, Adebo's relatives and family members offer similar sentiments. Olatinide Ashaya has known Adebo for 13 years and his wife is the sister of Adebo's wife, Toyosi. He writes that Adebo is, "hard working, self-driven, responsible and selfless," and details the love and care he has for his daughter Kayla. Adebo's brother-in-law, Tiw Abdul, offers that while Adebo has clearly acknowledged his mistake, "he has learned from this difficult experience and is making

decisions moving forward." Adebo's older brother, Adeniyi Adesania, also describes Adebo as "hard working," and writes that, "for many years he has been the one who ensures that our elderly mother receives the care that she requires." He, too, describes Adebo's critical and daily role in the care of his daughter, Kayla and asks the Court for leniency under these circumstances. And, Adebo's mother, Suwebatu Animashaun, describes "Ani" as "hard working and compassionate." She details the family's struggles when Ani was a young child, which included poverty and homelessness after the death of her husband. She writes:

> Life has never been easy for our family. After his father passed away, I struggled greatly to raise my children alone. Even at a very tender age, Ani stepped forward to care for me in ways no child should have had to. When we became homeless, he never gave up. He would go out and drum on the streets just to earn money to provide for us. I remember him looking at me and saying, "Mummy, I pray to always be able to take care of you in Daddy's absence."

Finally, Adebo's wife, Toyosi, offers a moving testimonial. She describes Adebo as "a devoted father and husband," and provides detail of the active and necessary role he has in caring for their daughter, Kayla. Because of the continued need for her husband's presence in assisting with Kayla's daily requirements, she pleads with the Court to fashion a sentence which will keep the family intact.

As can be seen, Adebo's life's history has been, otherwise, quite commendable. And, since the inception of this case more than two years ago, he has been fully compliant with the terms of his home incarceration as he has spent his time caring for the daily medical needs of his [redacted] daughter, Kayla. As detailed below, it is respectfully submitted that this extraordinary family circumstance is deserving of Your Honor's strongest consideration.

**<u>It Is Respectfully Submitted That The Profound And Complex Disability With Which The Adebo's Three-Year Old Daughter Suffers Is A Family Circumstance Deserving Of Your Honor's Strongest Consideration</u>**

The Presentence Investigation Report provides some detail of the chronic medical condition with which Adebo's three year old daughter, Kayla, suffers. [redacted] Caring for Kayla is an enormous undertaking, as she requires constant care and monitoring while at home, and frequent intervention by her team of care providers. Enclosed are

various records from Kayla's medical team attesting to her condition and need for constant care. The records reveal that Kayla requires constant medical supervision and daily assistance. [redacted] The records, of course, additionally note that the presence and involvement in both of Kayla's parents are essential to her monitoring and maintaining Kayla's health, safety and wellbeing.

The initial set of documents are dated May 28, 2026, and are authored by Steven Coker, MD, from the Northwestern Medicine Neurology Department. (Exhibit B). The records confirm Kayla's [redacted]. The report notes that:

[redacted]

The report goes on to detail some of the ongoing medical needs essential to Kayla's wellbeing, noting that [redacted] Finally, the report notes that "her caretakers will have to provide the support, and I plan to get social work involved to see if we could get her the care that she needs. Obviously, parental availability will be a major factor in this. The patient needs much help."

Next, is a report from licensed social worker Mary Kay Heldman. Ms. Heldman works at the Shirley Ryan Ability Lab and advises that [redacted] She advises that Kayla's parents "have been together for ten years and are completely dedicated to her care and wellbeing, always following medical recommendations and keeping up with all medical appointments."

Ms. Heldman further notes of Kayla's need for constant supervision and the hardship which would be created resulting from an absence of the father in the household. In this regard, she adds:

> The absence of Kayla's father puts tremendous strain on the family and creates the potential for a safety risk for Kayla, especially as she gets older and it is increasingly difficult for one caregiver to care for her. It is in Kayla's best interest to have her father be an active caregiver in her life.

Exhibit D contains a narrative report from Dr. Ashley Maras of the Children's Hospital of Chicago. [redacted] In her report, she *repeatedly* advises of the medical necessity that "both parents remain actively involved in her care at all times" noting that this care is essential "to maintain Kayla's health, safety, and overall well-being, while also helping to prevent caregiver exhaustion and burnout that can negatively impact her care."

**<u>Conclusion</u>**

The offense conduct at issue in this case spans approximately a one year period. By all accounts, Adebo's role in the offense was not that of a leader, organizer or manager. It is not disputed that he was an "average" participant, whose principal function involved the "laundering" of funds after the commission of the underlying offense conduct.

His life, otherwise, has been quite laudable--characterized by hard work in the operation of his small business, law abiding behavior, and an obvious devotion to his wife and children.

Equally clear is Adebo's extraordinary family circumstance involving his [redacted] Kayla--a dynamic that will not meaningfully change in the coming years. As detailed in the enclosed reports from her various care providers, [redacted], which surely require the commitment of both parents who, otherwise, have the obligation to earn and raise their son, Kayden.

As noted, Mr. Adebo has been on home *incarceration* for nearly two and a half years without incident, and has spent much of this time attending to his daughter's needs and accompanying her to her many medical appointments, as his wife Toyosi continues her employment necessary to sustain the family. It is respectfully submitted that, for all of the reasons set forth herein, a sentence consisting of a continued lengthy period of home incarceration is appropriate in this case.

Thank you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

KJK/dg

# A

CONFIDENTIAL

Adetokunbo Akinpade
1865 Chandolin Lane
Elgin IL
60124

Hon.Pamela K. Chen
United states District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

Dear Sir/Ma,

Testimonial for Mr. Adebo Animashaun

My name is Adetokunbo Akinpade, and I am married to the sister of Mr. Adebo's wife. I have had the privilege of knowing Adebo for over 15 years, and throughout that time, I have come to know him as a man of immense honor, integrity, and deep family values.

Adebo has been a pillar of support for my family on countless occasions. One vivid example that I will never forget occurred in 2018 when I lost my father. At that difficult time, my wife and I had to travel to Nigeria for the funeral rites. Without hesitation, Mr. Adebo left his business affairs in Nigeria to come and stand as the man of the house for my children and his own family. His selflessness during my time of grief allowed me peace of mind to mourn and attend to our family obligations, knowing that my household was in safe and capable hands.

Beyond that singular act of kindness, Adebo has been a constant source of emotional support for my family through many challenging moments. He is genuinely family-oriented, a man who shows up when it matters most.

It is also important to highlight the enormous emotional toll that this situation has taken on Adebo and his immediate family. His last child requires special care, including ongoing therapy and regular hospital visits, which demand his continued presence and attention at home. Despite these personal responsibilities, Adebo has never hesitated to extend himself to others. His commitment to his own family, even under such pressing circumstances, is a testament to his character.

I wholeheartedly recommend Mr. Adebo Animashaun without reservation. He is a man of great honor, and I am proud to call him my brother.

Sincerely,
Adetokunbo Akinpade

Ms. Aderonke Abdul

August 24th, 2026

To the Honorable Judge Pamela K. Chen,

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

My name is Aderonke Abdul, and Adebo Olusola Animashaun is my brother-in-law. Having known Adebo for over 20 years, I have had the privilege of watching him grow, navigate life's challenges, and, most importantly, become the heart and soul of his family. I am writing this letter not just as a relative, but as a firsthand witness to the extraordinary depth of his character and his boundless devotion as a father to his two children (Kayden and Kayla).

Adebo is, without overstatement, a remarkably loving and committed father. In a world where providing for a family can be overwhelming, he carries his responsibilities with a quiet strength and a joy that is deeply inspiring. He does not just show up for his children; he is entirely present in their lives, anchoring them with constant love and guidance.

This presence is a lifeline for his daughter, Kayla, who has special needs. Raising a child with unique developmental and physical challenges requires a level of patience, consistency, and emotional fortitude that few possess. Adebo meets these demands every single day, not as an obligation, but with a profound grace that is moving to watch. Whether he is actively participating in her therapy sessions, managing the delicate details of her daily medical care, or simply holding her hand when the world becomes too overwhelming for her, he is her safe harbor. The bond they share is beautiful and undeniable—the moment Adebo walks into the room, Kayla's face lights up with a pure, radiant joy that speaks volumes about how safe, loved, and valued he makes her feel.

If Adebo were to be separated from his family, the impact on Kayla's emotional well-being and her ongoing development would be heartbreaking. Kayla relies heavily on the rhythm and routine her father provides. She depends entirely on his relentless advocacy for her medical and developmental needs, and more than anything, she needs the deep, irreplaceable comfort that only her father can give her. To disrupt this bond would be to take away the very foundation of her stability.

I respectfully and earnestly ask the Court to look at Adebo through the eyes of his children, to consider his exceptional character, and to recognize how vital he is as a primary caregiver to a daughter who needs him more than words can express.

Thank you for your time, your empathy, and your thoughtful consideration of this letter.

Sincerely,

Ms. Aderonke Abdul

**Character Reference and Impact Letter**

Adetoun M. Abdul
Streamwood, IL 60017
August 24, 2026

Honorable Judge Pamela K. Chen
United States Disctrict Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 10007

Re: Sentencing of Animashaun Olusola Adebo

Your Honour,

My name is Adetoun M. Abdul, and I respectfully write to ask the Court for leniency in sentencing my son-in-law, Animashaun Olusola Adebo. I have known Adebo for nearly 22 years. Over this time, he has become a beloved member of our family and an essential caregiver for both me and his daughter.

I have been paraplegic for 35 years and depend entirely on others for physical mobility, transportation, and daily essentials. Adebo consistently steps up to meet these needs, allowing me to live safely and maintain my independence.

One experience reflects his character clearly: when my medical transport unexpectedly cancelled right before a crucial hospital procedure, Adebo immediately stepped in. Without hesitation, he physically carried me into his vehicle and drove me to the hospital himself. He saw a critical need and took action without complaint. This is representative of the dependable care he has shown me for over two decades.

Adebo's absence would also profoundly affect his daughter, who has special needs. She relies on her father for stability, guidance, daily care, and advocacy. A prolonged separation from him would cause severe emotional and routine disruption for her, while placing an unsustainable burden on our small family unit.

I do not minimize the seriousness of the offense before the Court. I know Adebo deeply regrets his actions, and I am confident in his capacity to learn from this experience and move forward responsibly. The man I have known for 22 years is compassionate, hardworking, and devoted to his family.

A lengthy sentence will fall most heavily on two vulnerable people who depend on him daily: his special-needs daughter and his disabled mother-in-law. I respectfully ask Your Honor to consider these critical family responsibilities and grant Adebo the greatest measure of leniency possible.

Thank you for your time, consideration, and service.
Respectfully submitted,

Adetoun M. Abdul

CHRISTIAN FELLOWSHIP FOR ALL NATIONS, INC.
4750 N. SHERIDAN ROAD, STE 300, CHICAGO, IL 60640
TEL. 773-334-0875 WEBSITE CFAN-MINSTRY.ORG
E-MAIL ADEABRAHAM2002@YAHOO.COM

08-21-2026

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

**RE: Character Letter for Mr. Animashaun O. Adebo**

Dear Judge Chen,

My name is Olusola Abraham Adesayo. I am the senior pastor of the above-named church, and I am writing this letter to respectfully request Your Honor's compassion and leniency on behalf of Mr. Adebo, who is currently awaiting sentencing before this court.

I first met Mr. Adebo when he attended our church services in the summer of 2015. Over the years, I have had the privilege of officiating the naming ceremonies for both of his children. His extended family attended our church during that time, though some have since relocated. I have always known him to travel back and forth from Nigeria for work, while his wife and children reside here permanently.

The past couple of years have been profoundly difficult for Mr. Adebo, his wife, and their family. I have witnessed firsthand the deep emotional and structural toll these legal proceedings have taken on their household. The uncertainty and constant strain have cast a heavy shadow over their daily lives, and the family has already experienced severe, life-altering consequences throughout this grueling process.

Despite these hardships, Mr. Adebo has remained completely focused on maintaining stability for his family, particularly for his daughter. She depends heavily on his daily care, emotional support, and constant guidance. Mr. Adebo's continued presence in the home is absolutely vital to ensure his daughter receives the specialized attention, security, and care she needs to thrive. His absence would cause an irreversible disruption and an immense hardship to her well-being.

Mr. Adebo is a deeply good man who made a mistake, but his actions in this instance do not define the totality of his life or the value he brings to his family and community. I respectfully ask that Your Honor consider his exemplary character, his devotion as a father,

and the severe impact a lengthy separation would have on his daughter. I pray that you grant him leniency and compassion during sentencing.

Thank you for your time, consideration, and service to the court.

Respectfully submitted,

Olusola Abraham Adesayo

Senior Pastor, (Christian Fellowship For All Nations)

May Your hand be ready to help me, for I have chosen Your precepts. O Lord
Psalm 119:173

7A Ben Okagbue Mba Street,
Lekki Phase 1, Lagos,
Nigeria.

27th August 2026

**Hon. Pamela K. Chen**
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

Dear Judge Chen,

LETTER OF COMPASSIONATE APPEAL- MR. ANIMASHAUN OLUSOLA ADEBO

My name is Mr. **Seun Alonge**, and I am writing this letter to ask you to show compassion and leniency when you decide the sentence for **Mr. Animashaun Olusola Adebo**.

I have known **Mr. Animashaun Olusola Adebo** since 2017, and during this time, I have come to know him as a **very kind, hardworking, honest, compassionate, and caring** person. He **is a true friend and a Father that** truly cares about his Children and strives very hard to do the right thing for his family, community and friends. He was a pillar of support when I was going through some difficult times and he encouraged, cared and provided good counsel till I was able to get myself back on my feet.

I was deeply saddened and shocked to learn about the circumstances that Mr. Animashaun Olusola Adebo brought before your court. I know he will take full responsibility for His actions and feel deep regret for what happened. This mistake does not completely define the good person I have known for all these years.

If the court permits, I plan to help **Mr. Animashaun Olusola Adebo get support through guidance and counseling to help him make better choices.** I know he is ready to learn from this painful lesson and rebuild his life.

Thank you for your time, your patience, and your service in reading this letter and considering a compassionate sentence for **Mr. Animashaun Olusola Adebo**.

Respectfully yours,

**Mr. Seun Alonge**

Dear Honorable Pamela K. Chen,

I would like to introduce myself. My name is Doctor Oluseyi Ayangade, and I am a dear friend and adopted older brother to Adebo Animashaun. I would like to thank you for your time and consideration in this difficult period.

I would also like to formally introduce the man you know as Adebo Animashaun. I have known him for approximately five years. We met through a mutual friend at a "boys get together." I am known to talk a lot, and somehow that day I met my match. After talking and getting to know each other, I realized my brother Ani and I shared many cultural attributes. We are both Nigerian and from the same cultural group (Yoruba). My brother Ani and I are strong family men, overly generous, and pillars to our friends and extended family. We both love fashion, are trusting, and extremely hardworking.

Over the next few months, we bumped into each other at events and finally decided to have our families meet. We knew our wives would hit it off and we were right. Our new friendship was amplified when I had a family emergency and had to make a trip to Nigeria. Ani heard of my circumstances and helped me and my family arrange transport throughout our stay. He arranged our lodging and facilitated food to be sent to the hospital during our loved one's stay. We were deeply grateful and touched by the love he showed, and our friendship grew even stronger from there.

When I learned of Ani's current situation, my whole family including my elderly parents in Nigeria was disheartened and prayed for a blessed outcome. I know the last two years have been extremely difficult for him and his family, including his ninety-year-old mother. Ani has been struggling, unable to make a living to support his daughter, who has many medical challenges ahead. I believe the support of a father to his daughter is always undisputed, and Ani has been there unconditionally for her. His efforts, love, and dedication to her health and survival have been instrumental in her improvement by God's grace. His daughter will need both parents physically and financially to get her through this challenging period. Least I forget that his daughter will need 24/7 care. Please keep this in mind as a great consideration.

In conclusion, I understand the seriousness of Ani's current situation; however, I plead that you see him as our family sees him. Please see him as his wife and children see him. Please have empathy and sympathy for his family. I plead for your merciful consideration for an individual who has been caught up in a terrible mistake. I graciously ask for leniency and compassion from this court.

Humbly yours,

Oluseyi Adisa Ayangade

Ifidon Oluwatomiwa Asikhia
14305 Tandem Blvd
Austin, TX 78728

August 25, 2026

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

Your Honor,

My name is Ifidon Oluwatomiwa Asikhia, and I am writing on behalf of Mr. Animashaun Olusola Adebo, who will soon appear before this Court for sentencing. I appreciate the opportunity to share my perspective, because I have known Mr. Adebo for over two decades, and my relationship with him has been one of the most consistent and meaningful friendships of my life.

I met Adebo in secondary school, and from those early years, we formed a bond that has endured every stage of adulthood. We grew up together, matured together, and even worked side-by-side in London, where I witnessed firsthand his discipline, humility, and unwavering commitment to doing right by others. I have also been close to his wife from the very beginning of their relationship, giving me a unique vantage point into the kind of husband, father, and man he has always been.

Across all these years, Adebo has shown himself to be hardworking, compassionate, honest, and deeply family-centered. He is one of the most devoted fathers I have ever known—gentle in spirit, strong in responsibility, and consistent in love. Even during my most recent visit to Chicago, I saw the same qualities he has carried since youth: a good heart, a calm mind, and a character rooted in integrity.

We speak twice every week, often about life, family, and the challenges he faces. Over the last couple of years, I have seen the emotional weight he carries—especially concerning his daughter's situation. He shares his pain openly, not in a way that seeks sympathy, but in a way that reflects how deeply he feels his responsibilities as a father. These conversations have shown me how profoundly this entire event has affected him and his family. It has been a period of hardship, fear, and uncertainty, yet he continues to hold himself accountable and remain present for those who depend on him.

Your Honor, I respectfully ask the Court to consider the importance of Adebo's continued presence in his daughter's life. She needs her father—not only for financial support, but for emotional stability, guidance, and the everyday care that only a loving parent can provide. His absence would create a void that would be difficult, if not impossible, to fill.

I know the Court must weigh many factors, but I hope my long history with Mr. Adebo

helps illuminate the man behind the circumstances. He is not defined by this moment alone. He is a good man who has spent decades proving his character through his actions, his relationships, and his devotion to his family.

With humility, I ask the Court to show leniency and compassion in its sentencing decision.

Respectfully,
Ifidon Oluwatomiwa Asikhia

Hon. Pamela K. Chen

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 10007

Dear Judge Chen,

My name is Olatunde Ashaye, and I am writing this letter on behalf of Animashaun Adebo, someone who is very special to me for two important reasons. First, he has been a very good friend of mine for over 13 years. Second, he is my favorite in-law. We both married into the same family, and our wives are sisters. I am writing this letter with complete sincerity and from personal experience.

Since the day Adebo and I became friends, my experiences with him have been nothing but positive. He is a man whose character, values, and dedication to his family and faith I deeply admire. His actions have consistently shown integrity, humility, and genuine care for the people around him.

One of the qualities I admire most about Adebo is his love and commitment to God. His relationship with God is extremely important to him, and I have personally witnessed his dedication to his faith. I remember one particular day when I was visiting Lagos, Nigeria. We had gone to one of his work sites, and after a long and tiring day, we returned home that evening. I assumed he would take the opportunity to rest, but I saw him changing his clothes. When I asked where he was going, he simply responded, "Church." He then made a statement that has stayed with me to this day: "You make time for God, and He will surely make time for you." His dedication to his faith has been an inspiration to me and has positively influenced my own spiritual journey.

Adebo also loves his family dearly. One of his favorite expressions is, "I don't play with my wife and kids." Those words truly reflect the way he feels about his family. He is hardworking, self-driven, responsible, and selfless. He is also someone who is always willing to help others whenever he is able. Most importantly, I have seen the love and care he has for his daughter, Kayla. I believe that his presence and involvement in her life are important to her continued growth, development, and emotional well-being.

Adebo has made a significant and positive impact on Kayla's life, and I believe that maintaining that relationship is in her best interest. His guidance, affection, and support play a meaningful role in her stability and happiness.

I respectfully ask the Court to consider Adebo's character, his commitment to his family, and the positive role he plays in caring for and supporting his daughter, Kayla. I sincerely ask the Court to show compassion, leniency, and mercy in considering his circumstances. We are all grateful for the mercy and opportunities we receive each day, and I humbly ask that the Court extend that same compassion to Adebo.

Thank you for taking the time to consider my statement.

Kind regards,

Olatunde Ashaye

Hon. Pamela K. Chen

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 10007

RE: SENTENCING OF ANIMASHAUN ADEBO

Your Honor,

My name is Tiwa Abdul, and I am writing in support of my brother-in-law, Adebo Animashaun. I have known him for more than 19 years, during which I have seen his unwavering commitment to his family. Over the years, I have watched him provide for his household, support relatives, and care deeply for his children. He has always prioritized the wellbeing of those he loves, and I have witnessed this especially through the way he nurtures and supports his son and daughter.

I understand that Adebo is currently facing a case, and I recognize that the circumstances before the Court are serious. I am not writing this letter to excuse or minimize anything that may have happened. I am writing because I believe it is important for the Court to know the person I have personally known over the years.

Like anyone, Adebo has made a mistake, but I believe he has learnt from this difficult experience and is making better decisions moving forward. I have seen the positive side of his character, his love for his family, and his willingness to take responsibility for the people who depend on him. He is the primary caregiver for his special need daughter, and she is extremely dependent on him. She has numerous appointments weekly and he ensures his daughter makes it to her appointments.

Adebo is an important part of our family. His family loves him, supports him, and believes in his ability to move forward in a positive direction. I sincerely hope the Court will take into consideration his character, his family responsibilities, and the person I have known him to be when making its decision. I am pleading with the judge for a liniment sentence because it will disrupt Kayla's (his daughter) development.

Thank you for taking the time to read my letter and consider my perspective. I respectfully submit this letter in support of Adebo Animashaun.

Sincerely,

Tiwa Abdul

Relationship- Brother-in-law, Elgin, IL, 708-275-8712

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 10007

August 27, 2026

Dear Judge Chen:

My name is Mr. Adeniyi Adesanya. I am the eldest sibling in our family and the older brother of Mr. Adebo. I write this letter on his behalf as he prepares to appear before Your Honor for sentencing.

I have known Adebo all my life. As the first-born child, I watched him grow from a young boy into the responsible man he is today. We have always been close, and I have seen firsthand the kind of person he is both within our family and in the wider community.

Adebo is hardworking, compassionate, and deeply devoted to those who depend on him. He has always put the needs of our family ahead of his own. For many years he has been the one who ensures that our elderly mother receives the care and attention she requires. He handles practical matters that keep our household functioning and has never hesitated to step in when others needed support. He is the kind of brother, husband, and son who can be counted on without question.

I am fully aware of the difficulties the past couple of years have brought upon Adebo and our entire family. The stress, uncertainty, and emotional weight of these proceedings have been profound. They have affected not only him but also his wife, our mother, and, most especially, his young children.

I particularly wish to emphasize the critical role Adebo plays in the care of his daughter. One of his children, a little girl, has not yet begun to talk or walk. Adebo is the parent who takes her to medical appointments, to the hospital, and to her therapist. He is the one who follows her treatment plan and provides the daily care and encouragement she needs. His continued presence is essential to her progress and well-being. His other child and wife also rely on him as their primary source of stability and support.

Adebo understands the seriousness of the offense for which he must answer. He does not seek to excuse his actions.

I respectfully plead with Your Honor to show mercy and to impose the most lenient sentence possible under the law. Please do not make the punishment severe. Adebo's wife needs her husband. Adebo's children, especially his daughter who still cannot talk or walk, need their father. Our elderly mother needs her son. Our family needs him. A heavy punishment would cause real and lasting harm to those who depend on him most.

I ask the Court to consider these profound family circumstances and to grant him the chance to remain present for his wife, children, and his mother while still answering for his conduct.

Thank you for considering this letter. I am prepared to provide any additional information the Court may require.

Respectfully submitted,

Adeniyi Adesanya
Older brother of Adebo

Hon. Pamela K. Chen

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 10007

RE: LETTER ON BEHALF OF ANIMASHAUN ADEBO

The Honorable Judge Pamela Chen

My name is Suwebatu Animashaun, and I am the mother of Animashaun Adebo. I am writing this letter on behalf of my son, who will soon be sentenced by the Court. I have known him every day of his 41 years on this earth, from the moment he was born, and I speak from the deepest place in a mother's heart.

Ani has always been a hardworking, compassionate, and honest man. Life has never been easy for our family. After his father passed away, I struggled greatly to raise my children alone. Even at a very tender age, Ani stepped forward to care for me in ways no child should have had to. When we became homeless, he never gave up. He would go out and drum on the streets just to earn enough money to provide for us. I remember him looking at me and saying, "Mummy, I pray to always be able to take care of you in daddy's absence." That promise, that act of kindness, has never been cut short. He has lived his entire life with that same devotion.

My son has always put his family first. He shows respect and compassion to everyone, especially his elders. He has been my strength for decades, and even now, as I am in my 90s and facing many health challenges, he continues to do everything he can to support me despite the difficulties he is going through.

The last couple of years have been extremely hard on me and our entire family. This situation has brought profound emotional and physical strain, and my health has suffered greatly. Yet Ani still tries his best to care for me, even in the midst of his own hardship.

I also want to bring to the Court's attention the importance of Ani's presence in caring for his daughter, Kayla Darasimi. Kayla has a health condition, and Ani has been the primary person caring for her. His involvement is essential to her well-being, stability, and continued care.

I respectfully and humbly ask the Court to show compassion and leniency in considering my son's circumstances. I pray to meet again with my son, as my health is deteriorating, and I deeply need his presence and support.

Thank you for taking the time to read my letter.

Kindest Regards,

Suwebatu Animashaun- Mother of Animashaun Adebo

Hon. Pamela K. Chen

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip, New York 10007

Dear Honorable Judge,

My name is Toyosi Adeola Abdul, and I write with respect and humility as the wife of Animashaun Olusola Adebo. I understand the seriousness of these proceedings, and I appreciate the opportunity to share how deeply the outcome will affect our family.

My husband is a devoted father and husband who has consistently placed our family first. He is actively involved in the daily care of our children, including school routines, homework, bedtime structure, and the values we strive to teach them, such as respect, responsibility, kindness, and integrity.

Most importantly, he has been a consistent caregiver for our daughter.

[redacted]

From an early age, Kayla's development has depended heavily on consistent therapy and family involvement.

Animashaun has been present and actively involved throughout her care. He attends medical appointments when possible, communicates with therapists and specialists, supports her physical therapy routines at home, and assists with stretching, mobility, and walker practice. He also helps her through difficult therapy sessions, especially when she becomes frustrated or fatigued.

Because of this consistent involvement, Kayla has made meaningful progress. She is able to crawl, pull herself to stand, use her walker with assistance and climb stairs also with

assistance. These milestones represent years of structured therapy and daily reinforcement at home.

In my experience as her mother, consistency has been essential to her progress. [redacted] For this reason, my husband's daily presence is an important part of her care and ongoing development.

He also plays a central role in our household beyond medical caregiving. He is actively involved in parenting Kayden and Kayla, including helping with schoolwork, maintaining routines, and supporting their emotional well-being. Our children view him as a steady, supportive, and present father who is involved in their daily lives.

As my husband, he has been a consistent source of support for me, particularly during periods of medical uncertainty, hospital visits, and ongoing care responsibilities for our daughter. We have shared responsibilities throughout her treatment and daily care, and his involvement has been a more important part of managing her needs.

Your Honor, I respectfully ask that you consider not only the circumstances before the Court, but also the structure and stability our family depends on. My daughter, in particular requires consistency in caregiving, and my husband plays a direct role in that stability and daily support while I work.

We are respectfully asking for the opportunity to keep our family intact so that our daughter can continue receiving the consistent care and support that has contributed to her progress.

Thank you for your time and consideration.

Respectfully,

Toyosi Adeola Abdul

Wife of Animashaun Olusola Adebo

# B

(ENTIRE EXHIBIT TO BE REDACTED)

# C

(ENTIRE EXHIBIT TO BE REDACTED)

# D

(ENTIRE EXHIBIT TO BE REDACTED)